IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

**FILED**

JUN 13 2012

Phil Lombardi, Clerk
U.S. DISTRICT COURT

1. DENISE MORRISON )
)
)
Plaintiff, )
)
vs. )
)
1. KEVIN COX, )
2. GRETCHEN MUDOGA )
3. JOHN DOE )
4. RICHARD ROE )
)
)
Defendants. )

12 CV - 334 CVE   FHM
Case No.

**JURY TRIAL DEMANDED**

## COMPLAINT

## THIS IS AN ACTION PURSUANT TO TITLE 42 Sec. 1983.

COMES NOW, Denise Morrison, Plaintiff herein, by and through her attorney Jeff

Nix, to demand damages for the unlawful actions of the Defendants, which actions

resulted in the destruction of personal and private property, belonging to the Plaintiff,

located at her residence at 510 E. 49th Place North, City of Tulsa. The wrongful actions of

the Defendants consisted of wilfully, wantonly and maliciously destroying and otherwise

ordering the destruction of various plants carefully maintained and cultivated in a personal

garden, food which the Plaintiff regularly ate as a valuable part of her daily diet, and herbs

and other plants utilized by the Plaintiff for their medicinal purposes, for her overall good

health, and to supplement co ordinated treatment for her conditions of Hypertension and

Diabetes. All destroyed vegetation had a cash value.

Alternatively, Plaintiff alleges that Defendants acted with deliberate indifference to Plaintiff's Constitutionally protected property rights.

Thus Plaintiff alleges that the Defendants, and each of them, acting individually and in concert, unconstitutionally seized and destroyed property of the Plaintiff, without due process of law.

Specifically, Plaintiff alleges and states, as follows:

1. Plaintiff is a citizen of the United States, and a resident of the Northern District, and that the Defendants and each of them are acting under color of state law, and all acts or omissions occurred in the Northern District, thus jurisdiction and venue are present.

2. That the Plaintiff was maintaining a well-tended garden, growing food and medicinal vegetation.

3. That on or about August 1, 2011, Plaintiff was issued a citation for allegedly violating Tulsa Ordinance Title 24, Sec. 101, etc., specifically, "Tall Grass/Overgrowth."

3. That on or about August 15, 2012, Plaintiff went to court to defend against the citation, and was given a return-to-court date in the future.

4. Prior to the citation, Plaintiff called and personally visited with the Defendants Cox and Madoka, at their offices with the City of Tulsa regarding her garden. At that time, Plaintiff requested that the Defendants personally review Plaintiff's garden and they initially refused to do so, and paid no attention to the color photographs Plaintiff brought with her which conclusively proved that her yard/garden was not being maintained in violation of Tulsa Ordinances.

5. Finally, Defendant Madoka and other representatives of the City of Tulsa came to Plaintiff's property on August 1, 2011, but ignored the evidence Plaintiff presented to them at the time, that her garden was in full compliance with the Tulsa Ordinances.

6. Specifically, Plaintiff had proof that the vegetation she was growing did not violate Tulsa Ordinances which provide, inter alia,

"...Weeds and other rank growths of vegetation upon private property...which exceeds twelve (12) inches in height, except healthy trees, shrubs or produce for human consumption grown in a cultivated garden..." (Code of Ordinances, City or Tulsa, Sec. 101 (B)(6) (a).

7. Instead of agreeing with the irrefutable evidence presented by Plaintiff that her garden was in full compliance, one of the representatives of the City of Tulsa, one William Carr, stated that "everything in the yard must be destroyed...".Plaintiff was horrified, and protested. At which time Mr. Carr stated that "he was going to tear down Plaintiff's storage shed", and going to "haul off Plaintiff's truck...".

8. Upon those threats, Plaintiff called the police to protect herself and her property.

9. In order to preserve Plaintiffs rights to protest the actions of Cox, and Madoka, one W. Carr, purporting to be a police officer, wrote Plaintiff a ticket for violating the Ordinances of the City of Tulsa regarding her vegetation.

10. That the ticket was issued on August 1, 2011, with a court appearance set thereon of August 15, 2011. Plaintiff went to Court on that date, and was given a new Court date in the future.

11. One day later, August 16, 2011, Defendants Cox and Madoka, and a contractor hired by the City of Tulsa, arrived upon Plaintiffs property, and proceeded to destroy virtually all of the vegetation thereon.

12. That in fact the vegetation grown upon Plaintiff's property was indeed "vegetation...produce for human consumption...grown in a cultivated garden...", and it's destruction by Defendants constitutes a violation of the Civil Rights of the Plaintiff in contravention of the laws of the United States of America and the State of Oklahoma.

13. That the destruction of Plaintiff's food and medications has caused Plaintiff to lose her principle source of food and medicinal supplements, causing her to pay for food and medications, or, worse, to do without same. Damages to Plaintiff are incalculable, but certainly exceed $75,000 per Defendant.

14. That the Plaintiff has been damaged by the actions of the Defendants, causing her emotional distress, as well as fear of further retaliation, likewise in an amount in excess of $75,000 per Defendant, for which Plaintiff also prays.

15. That the acts of the Defendants, and each of them, were wilful, wanton and malicious, or grossly negligent and/or deliberately indifferent to the damage inflicted, giving Plaintiff a cause for punitive damages, also in excess of $75,000 per Defendant, for which Plaintiff prays.

WHEREFORE Plaintiff prays for actual damages against each Defendant, in excess of $150,000 per Defendant, and for punitive damages in an amount in excess of $75,000 per Defendant, costs of this action including a reasonable attorney's fee, and for all other

relief at law or in equity.

Respectfully submitted,

Jeff Nix
OBA # 6688
406 So. Boulder, Ste 400
Tulsa, OK 74103
(918) 587 3193
Fax (918) 582 6106